# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Robert L. Hillman, | : | |
| Plaintiff | : | Civil Action 2:09-cv-00810 |
| v. | : | Judge Marbley |
| Brian Simms, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the December 3, 2009 Order, Plaintiff's Objections to Magistrate Judge Abel's September 21, 2009 Report and Recommendation are OVERRULED. Judgment is entered for defendants.

Date: **December 3, 2009**          **James Bonini, Clerk**

　　　　　　　　　　　　　　　　　　　　s/Betty L. Clark
　　　　　　　　　　　　　　　　　　　　Betty L. Clark/Deputy Clerk